# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## AGENCY PETITION FOR REVIEW
## CASE OPENING COVER LETTER

April 16, 2018

| | |
|---|---|
| No. 18-1800 | MARY MADISON,<br>Petitioner<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br>Respondent |
| **Originating Case Information:** ||
| Agency Case No: 2016-FDA-004<br>Department of Labor (except OSHA) ||

A petition for review of an order of the Department of Labor (except OSHA) has been filed this day in this court in the above entitled cause, and a copy of said petition is herewith served upon you.

form name: **c7_Agency_PetRev_CoverLetter**(form ID: **184**)