# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## AGENCY CIRCUIT RULE 3(b) FEE NOTICE

April 16, 2018

| | |
|---|---|
| No. 18-1800 | MARY MADISON,<br>Petitioner<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: 2016-FDA-004<br>Department of Labor (except OSHA) | |

Circuit Rule 3(b) empowers the clerk to dismiss a petition for review if the docket fee is not paid within fourteen (14) days of the docketing of the petition for review This petition for review was docketed and the fee has not been paid as of April 16, 2018. Depending on your situation, you should:

1. Pay the required $500.00 docketing fee to the Clerk of the Court of Appeals.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by an affidavit in the form of a sworn statement listing the assets and income of the petitioner(s). See **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure.*

If one of the above stated actions is not taken, the petition for review will be dismissed.

**NOTE:**
On March 2, 2015, the Seventh Circuit began accepting electronic fee payments for originating case filing fees(petitions for review and original petitions) via Pay.gov. Details are available at www.ca7.uscourts.gov.

form name: **c7_Agency_Fee_Letter**(form ID: **185**)