UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARY MADISON,

    Petitioner,

v.                                                              No. 18-1800

SECRETARY OF LABOR,

    Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFIED LIST OF DOCUMENTS FILED OF RECORD IN
THE ADMINISTRATIVE PROCEEDINGS BEFORE
THE ADMINISTRATIVE REVIEW BOARD

Re:   *Mary Madison v. Secretary of Labor*
      Docket Nos. 18-1800 (7th Cir.)
             18-018 (ARB)
             2016-FDA-004 (ALJ)

I HEREBY CERTIFY that the following documents were filed of record with the U.S. Department of Labor, Washington, D.C., in the above-referenced administrative proceedings:

| Date | Document(s)[1] |
|---|---|
| 1. March 9, 2018 | Administrative Review Board's Order Denying Motion for Reconsideration |

---

[1] As this petition for review was dismissed on purely procedural grounds and the appeal is limited to those procedural grounds, this certified list includes only the record before the Administrative Review Board.

| | | |
|---|---|---|
| 2. March 9, 2018 | | Respondent's Response in Opposition to Complainant's Motion for Reconsideration |
| 3. February 28, 2018 | | Complainant's Motion for Reconsideration |
| 4. February 15, 2018 | | Administrative Review Board's Final Decision and Order Dismissing Appeal |
| 5. February 5, 2018 | | Respondent's Response in Opposition to Complainant's "Petition to Show Cause for find Petition for Review Timely" |
| 6. January 30, 2018 | | Complainant's Petition to Show Cause for Finding Petition for Review Timely, filed in Response to the Administrative Review Board's January 8, 2018 Order to Show Cause |
| 7. January 19, 2018 | | Notice of Correct Address filed by Jordan TraVaille Hoffman, Esq. |
| 8. January 8, 2018 | | Order to Show Cause |
| 9. January 8, 2018 | | Administrative Review Board's Request for Records sent to the Office of Administrative Law Judges |
| 10. December 17, 2017 | | Complainant's Petition for Review |

Signed this ___29th___ day of May, 2018 at Washington, D.C.

_[signature]_
Thomas O. Shepherd, Jr., Esq.
Clerk of the Appellate Boards
U.S. Department of Labor

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<i>s/ Rosemary Almonte</i><br>
Rosemary Almonte