UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MARY MADISON, | Petition for Review from United States, Department of Labor: 18-018 (ARB) 2016-FDA-004 (ALJ) |
| Petitioner-Complainant, | |
| V. | |
| | No. 18-1800 |
| LABR, | |
| Respondent. | |

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Petitioner, MARY MADISON, pursuant to Fed. R. App. P. 27 and Cir. R. 26, respectfully requests this Honorable Court for an extension of time in which to file her opening brief to August 6, 2018, and in support thereof; she states as follows; THAT:

1.    The Petition for Review in this matter was timely filed on April 16, 2018.

2.    The Secretary filed a Certified List of Documents filed of Record in the Administrative Proceeding Before the Administrative Review Board with the Clerk of the Court for the United States of Appeals for the Seventh Circuit on May 29, 2018.

3.    An email from the Clerk's office was transmitted on May 29, 2018 containing a Notice of Docket Activity which indicated that the petitioner's opening brief was due on or before July 9, 2018.  At the time this email was received counsel was preparing to leave to go out of town to attend a wedding for which he had planned for a year in advance and was scheduled to be there through June 6, 2018.

4.     Counsel of record for the Secretary of Labor, Rosemary Almonte, contacted Petitioner's counsel on June 6, 2018 by telephone and left him a message indicating that she wanted to discuss an extension of time for the Secretary to file its responsive opening brief.  Counsel was out of town at the time attending to family matters and upon returning Ms. Almonte's call indicated to her that he had already lost over a week's time and that he, being a sole practitioner could use some additional time as well and thus, the parties hereto agreed and discussed the possibility filing a joint motion for such extension.  Ms. Almonte indicated that she would discuss the matter with her supervisor and get back to petitioner's counsel.

5.     Ms. Almonte contacted Petitioner's counsel again on June 7, 2018 and informed him that upon discussing the matter with her supervisor, the Secretary suggested that petitioner's counsel file an "uncontested motion" requesting an extension to file and the Secretary would automatically be given and extension in which to file its responsive brief based upon petitioner's request being granted.

6.     Petitioner's counsel specifically requests the extension for the reasons that in addition to being a sole practitioner and having lost over a week while being out of town when the record was filed, he had to spend a substantial amount of time in the month of June to fulfill his Continuing Legal Education (CLE) requirements to meet his deadline to complete 30 hours for compliance by June 30, 2018.

7.     In addition, petitioner's counsel had a number of matters in state court in which he had to attend to which required him to be in court which in turn required time for attendance in court, preparation and meeting with clients in person and consulting with clients telephonically, electronically, preparing documents including pleadings, motions and complying with discovery deadlines and the necessary follow up that each such task entails as well as the other

administrative matters of his practice. These matters included but were not limited to , *Federal National Mortgage Association ("FANNIE MAE") v. O'Banner*, No. 17 CH 16825 in the Circuit Court of Cook County, Illinois (this matter also involves the negotiation of a loss mitigation and marshaling, reviewing and preparation of documents and opposing motion for summary judgment); *Lewis, et al v. Clark*, No. 17 M1 012654 (amending complaint) ; *City of Chicago v. 6933 S. Stewart*  17 M1 403367 (Opposing receiver's report and petitioner for fees); *The Estate of Turner*, No. 17 P 5764 (contesting petition for letters of office; prosecuting cross-petition for letters and for dissipation of estate funds and turnover of converted assets) ; I*n re the Marriage of Winters* (Petition for abatement of support accrued while incarcerated), No. 06 D6 30605;  *Madison v. City of Chicago*, 18 L 1619 refiled from 15 L 7725 (contesting motion to deem facts admitted, complying with discovery order to answer request to admit by June 27th, filing a motion to comply with Illinois Supreme Court 216 to deem answers admitted to  plaintiff's first request to admission of facts, in addition to propounding discovery on behalf of client) and *Deer Park Condo Assn. v. Franklin*  18 M5 4393 (preparation of answer to complaint).

8.      Petitioner's counsel also had a number of non-court related matters in which he was required to attend in person meetings and conference calls with clients, including but not limited to the State of Illinois, "Fair Practices in Contracting Task Force Forum" on June 22, 2018 at the James R. Thompson Center (seeking to enforce minority subcontractor's rights to be paid).

9.      Additionally, counsel was requested to attend the installation ceremony for the Honorable Justice Carl Anthony Walker to the Appellate Court for the State of Illinois, First District on June 15, 2108.

10.     Petitioner has not previously sought an extension in this matter.

11.     Petitioner's counsel is attempting to diligently prepare the brief in this matter by the July 9, 2018 deadline, however, he fears that he will not be able to complete a suitably professional product for his client due to the loss of time and having to attend to other matters and to comply with his continuing education obligations.

**WHEREFORE**, Petitioner Mary Madison, requests an extension of time to file her opening brief to August 6, 2018.

Dated: July 2, 2018                                    Respectfully submitted,
                                                       **MARY MADISON**


                                        By: /s/_____
                                            Jordan T. Hoffman
                                            ARDC No. 6195896
                                            Jordan TraVaille Hoffman, P.C.
                                            Counsel for Petitioner-Complainant
                                            2711 E. New York St., Suite 205
                                            Aurora, Illinois 60502
                                            (888) 958-4529 Ph & Fax
                                            jthoffmanlaw@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MARY MADISON, | ) | Petition for Review from United |
| | ) | States, Department of Labor: |
| | ) | 18-018 (ARB) |
| | ) | 2016-FDA-004 (ALJ) |
| Petitioner-Complainant, | ) | |
| V. | ) | |
| | ) | No. 18-1800 |
| LABR, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

_____

**DECLARATION OF JORDAN T. HOFFMAN IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**
_____

Jordan T. Hoffman, for his declaration, pursuant to 28 U.S.C. §1746, states as follows:

1. I am over twenty-one years of age and am competent to testify to the matters set forth in this Declaration.

2. The facts stated herein are within my personal knowledge and are true and correct.

3. I am a sole practitioner in the Law Office of Jordan TraVaille Hoffman, P.C. In Aurora, Illinois, and am counsel for Petitioner-Complainant, MARY MADISON.

4. The Petition for Review in this matter was timely filed on April 16, 2018.

5. The Secretary filed a Certified List of Documents filed of Record in the Administrative Proceeding Before the Administrative Review Board with the Clerk of the Court for the United States of Appeals for the Seventh Circuit on May 29, 2018.

6.     An email from the Clerk's office was transmitted on May 29, 2018 containing a Notice of Docket Activity which indicated that the petitioner's opening brief was due on or before July 9, 2018.  At the time this email was received counsel was preparing to leave to go out of town to attend a wedding for which he had planned for a year in advance and was scheduled to be there through June 6, 2018.

7.     Counsel of record for the Secretary of Labor, Rosemary Almonte, contacted Petitioner's counsel on June 6, 2018 by telephone and left him a message indicating that she wanted to discuss an extension of time for the Secretary to file its responsive opening brief.  Counsel was out of town at the time attending to family matters and upon returning Ms. Almonte's call indicated to her that he had already lost over a week's time and that he, being a sole practitioner could use some additional time as well and thus, the parties hereto agreed and discussed the possibility filing a joint motion for such extension.  Ms. Almonte indicated that she would discuss the matter with her supervisor and get back to petitioner's counsel.

8.     Ms. Almonte contacted Petitioner's counsel again on June 7, 2018 and informed him that upon discussing the matter with her supervisor, the Secretary suggested that petitioner's counsel file an "uncontested motion" requesting an extension to file and the Secretary would automatically be given and extension in which to file its responsive brief based upon petitioner's request being granted.

9.     Petitioner's counsel specifically requests the extension for the reasons that in addition to being a sole practitioner and having lost over a week while being out of town when the record was filed, he had to spend a substantial amount of time in the month of June to fulfill his Continuing Legal Education (CLE) requirements to meet his deadline to complete 30 hours for compliance by June 30, 2018.

In addition, petitioner's counsel had a number of matters in state court in which he had to attend

to which required him to be in court which in turn required time for attendance in court, preparation and meeting with clients in person and consulting with clients telephonically, electronically, preparing documents including pleadings, motions and complying with discovery deadlines and the necessary follow up that each such task entails as well as the other administrative matters of his practice.  These matters included but were not limited to , *Federal National Mortgage Association ("FANNIE MAE") v. O'Banner*, No. 17 CH 16825 in the Circuit Court of Cook County, Illinois (this matter also involves the negotiation of a loss mitigation and marshaling, reviewing and preparation of documents and opposing motion for summary judgment); *Lewis, et al v. Clark*, No. 17 M1 012654 (amending complaint) ;   *City of Chicago v. 6933 S. Stewart*  17 M1 403367 (Opposing receiver's report and petitioner for fees); *The Estate of Turner*, No. 17 P 5764 (contesting petition for letters of office; prosecuting cross-petition for letters and for dissipation of estate funds and turnover of converted assets) ; I*n re the Marriage of Winters* (Petition for abatement of support accrued while incarcerated), No. 06 D6 30605; *Madison v. City of Chicago*, 18 L 1619 refiled from 15 L 7725 (contesting motion to deem facts admitted, complying with discovery order to answer request to admit by June 27th, filing a motion to comply with Illinois Supreme Court 216 to deem answers admitted to  plaintiff's first request to admission of facts, in addition to propounding discovery on behalf of client) and *Deer Park Condo Assn. v. Franklin*  18 M5 4393 (preparation of answer to complaint).

10.     Petitioner's counsel also had a number of non-court related matters in which he was required to attend in person meetings and conference calls with clients, including but not limited to the State of Illinois, "Fair Practices in Contracting Task Force Forum" on June 22, 2018 at the James R. Thompson Center (seeking to enforce minority subcontractor's rights to be paid).

3

11.     Additionally, counsel was requested to attend the installation ceremony for the Honorable Justice Carl Anthony Walker to the Appellate Court for the State of Illinois, First District on June 15, 2108.

12.     Petitioner has not previously sought an extension in this matter.

13.     Petitioner's counsel is attempting to diligently prepare the brief in this matter by the July 9, 2018 deadline, however, he fears that he will not be able to complete a suitably professional product for his client due to the loss of time and having to attend to other matters and to comply with his continuing education obligations.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 2, 2018

                                                Respectfully submitted,

                              By:/s/_____
                                  Jordan T. Hoffman
                                  ARDC No. 6195896
                                  Jordan TraVaille Hoffman, P.C.
                                  Counsel for Petitioner-Complainant
                                  2711 E. New York St., Suite 205
                                  Aurora, Illinois 60502
                                  (888) 958-4529 Ph & Fax
                                  jthoffmanlaw@gmail.com

**CERTIFICATE OF SERVICE**

The hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using CM/ECF system. I certify that all participants in this case are registered CW/ECF users and that service will be accomplished by the CM/ECF system.

/s/_____
Jordan T. Hoffman