# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MARY MADISON, ) | Petition for Review from United |
| ) | States, Department of Labor: |
| ) | 18-018 (ARB) |
| ) | 2016-FDA-004 (ALJ) |
| Petitioner-Complainant, ) | |
| V. ) | |
| ) | No. 18-1800 |
| LABR, ) | |
| ) | |
| ) | |
| Respondent. ) | |

## MOTION TO SUPPLEMENT THE RECORD

Petitioner, MARY MADISON, pursuant to Fed. R. App. P. 10(e)(2) and Fed. R. Evid. 201, respectfully requests this Honorable Court for an order supplementing the record and in support thereof; she states as follows; THAT:

1. The Petition for Review in this matter was timely filed on April 16, 2018.

2. The Secretary filed a Certified List of Documents filed of Record in the Administrative Proceeding Before the Administrative Review Board with the Clerk of the Court for the United States of Appeals for the Seventh Circuit on May 29, 2018.

3. The Certified List of Documents included a "Notice of Correct Address filed by Jordan TraVaille Hoffman, Esq." which was denominated as "Document No. 7.

4. Petitioner-Complainant desires to supplement the record in light of Document No. 7 in that the document misleadingly suggests that Petitioner-Complainant's counsel did not provide his new office address in Aurora to the Department of Labor, Office of the Administrative Law Judges and only provided it on January 19, 2018 to the Administrative Review Board.

1

5.    This misrepresents the record and is patently false in that between April 7, 2017 and November 22, 2017, there were no less than twenty communications with the Office of Administrative Law Judges with counsel's Aurora address either on a certificate of service on his client's documents or documents which were filed by the Respondent in addition to several emails in which counsel's name block prominently displayed his Aurora Address.

6.    Petitioner-Complainant, requests this Honorable Tribunal to supplement the previously filed record by adding the attached Exhibit "A" which shows all of the documents or email correspondence to the Office of the Administrative Law Judges which contained the "new" Aurora address.

7.    These proffered documents are part of the administrative record as either pleadings or official correspondence via emails to and from the Office of the Administrative Law Judges.

8.    This proceeding involves a review concerning errors alleged to have been made by the Administrative Review Board (ARB) which are related in part to the defective service of orders upon Petitioner-Complainant's counsel based upon mailed and allegedly electronically mailed orders which impacted upon the timeliness of Petitioner-Complainant's Petition for Review to the ARB within a 14 day window after the issuance of the Order for Summary Decision by the ALJ.

9.     Thus, Petitioner-Complainant moves for the supplementation of the record to correct an inadvertent omission pursuant to Fed. R. App. P. 10(e)(2) as the proffered material bears heavily upon the merits of the issues before the Court and those issues are the subject of a review of an administrative proceeding.  And further, the reviewing court must examine the administrative record as a whole (*Crocket v. Hulik*, 542 F.3d 1183, 1188 n. 3 (7th Cir. 2008)).

10.   Secondly, in accordance with Fed. R. Evid. 201, federal appeals, courts can take judicial notice of highly indisputable facts that directly relate to issues on appeal (See *Landry v. FDIC*, 486 F.2d. 139, 151 (3d Cir. 1973).

11.  Third, a majority of circuits recognize the existence of the reviewing Court's equitable authority to supplement the appellate record as fairness, justice and truth requires (See *Ross v. Kemp*, 785 F.2d 1467, 1471-72 (11th Cir. 1986); see also, *Warren v. Pollard,* 2012 WL 3234999 *Acumed LLC v. Advanced Surgical Servs., Inc.* 561 F.3d. 199, 227 (3d Cir. 2009); *In re Application of Adan,* 437 F.3d 381, 388 n. 3; *Gibson v. Blackburn*, 744 F.2d. 403, 405 n.3 (5th Cir. 1984); *Turk v. U.S.*, 429 F.2d 1327, 1329, (8th Cir. 1970); *Lowry v. Barnhart,* 329 F.3d. 1019, 1024 (referring to "unusual circumstances"); *Rio Grande Silvery Minnow v. Bureau of Reclamation,* 601 F.3d. 1096, 1110 n. 11 (10th Cir. 2010) (recognizing the power but declining to exercise it); *U.S. v. Kennedy*, 225 F.3d. 1187, 1192 (10th Cir. 2000); *Dickerson v. Ala,* 667 F.2d. 1364, 1367 n. 5 (11th Cir. 1982); *Colbert v. Potter*, 471 F.3d. 158, 165-5 (D.C. Cir. 2006); *Goland v. CIA*, 607 F.2d. 339, 371 (D.C. Cir. 1978).

12.  Finally, consistent with the same concepts as argued in paragraphs 5 (five) through (12) twelve, supra., Petitioner-Complainant requests this Court to also supplement the record to correct Document No. 6 to reflect the correct date that it was filed with its Certificate of Service on January 22, 2018 as opposed to the stated date of January 30, 2018 (Please see Exhibit "B"). Petitioner-Complainant's counsel notes that he received a call from Ms. W. Walker of the Administrative Review Board on May 2, 2018 and that on May 7 in a telephone conversation declined to submit this same document when a verbal request was made for it. Instead counsel followed up with correspondence indicating that he would "file a motion if necessary to supplement the record if necessary to reflect any inaccuracies" Please see Exhibit "C" attached hereto). Therefore, Petitioner-Complainant also request that this document also supplement the record.

**WHEREFORE**, Petitioner-Complainant, request that the record be supplemented and/or corrected to reflect the additions of Exhibits "A," "B" and "C" as noted in the preceding paragraphs.

Dated: July 31, 2018                     Respectfully submitted
                                         **MARY MADISON**


                                        By: /s/_____
                                         Jordan T. Hoffman
                                         ARDC No. 6195896
                                         Jordan TraVaille Hoffman, P.C.
                                         Counsel for Petitioner-Complainant
                                         2711 E. New York St., Suite 205
                                         Aurora, Illinois 60502
                                         (888) 958-4529 Ph & Fax
                                         jthoffmanlaw@gmail.com