UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MARY MADISON, | ) | Petition for Review from United |
| | ) | States, Department of Labor: |
| | ) | 18-018 (ARB) |
| | ) | 2016-FDA-004 (ALJ) |
| Petitioner-Complainant, | ) | |
| V. | ) | |
| | ) | No. 18-1800 |
| LABR, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Petitioner, MARY MADISON, pursuant to Fed. R. App. P. 27 and Cir. R. 26, respectfully requests this Honorable Court for an extension of time in which to file her opening brief to August 27, 2018, and in support thereof; she states as follows; THAT:

1. The Petition for Review in this matter was timely filed on April 16, 2018.

2. The Secretary filed a Certified List of Documents filed of Record in the Administrative Proceeding Before the Administrative Review Board with the Clerk of the Court for the United States of Appeals for the Seventh Circuit on May 29, 2018.

3. Petitioner's counsel in reviewing the record while writing her opening brief realized that the record was incomplete and inaccurate in several respects.

4. As a result, on July 18, 2018 petitioner's counsel requested that counsel for the Secretary of Labor provide a complete copy of the record in its possession.

5. Petitioner's counsel received the complete copy of the record from the Secretary's counsel on July 24, 2018.

6.      Petitioner's counsel has filed a Motion to Supplement, Correct and Enlarge the Record as of August 1, 2018 and awaits a ruling so that he can incorporate the facts in the record in petitioner's statement of facts.

7.      In addition, petitioner's counsel had a number of matters in state court in which he had to attend to which required him to be in court which in turn required time for attendance in court, preparation and meeting with clients in person and consulting with clients telephonically, electronically, preparing documents including pleadings, motions and complying with discovery deadlines and the necessary follow up that each such task entails as well as the other administrative matters of his practice.  These matters included but were not limited to , *Federal National Mortgage Association ("FANNIE MAE") v. James O'Banner*, No. 17 CH 16825 in the Circuit Court of Cook County, Illinois (this matter also involves the negotiation of a loss mitigation and marshaling, reviewing and preparation of documents and opposing motion for summary judgment); *Carl Lewis, et al v. Rona Clark*, No. 17 M1 012654 (amending complaint) ;   *City of Chicago v. 6933 S. Stewart* (Fred Bee) 17 M1 403367 (Opposing receiver's report and petitioner for fees); *The Estate of Mary Jane Turner*, No. 17 P 5764 (contesting petition for letters of office; prosecuting cross-petition for letters and for dissipation of estate funds and turnover of converted assets) ; I*n re the Marriage of April Winters v. Merle Winters* (Petition for abatement of support accrued while incarcerated), No. 06 D6 30605  and *Mary Madison v. City of Chicago*, 18 L 1619 refiled from 15 L 7725 (contesting motion to deem facts admitted, complying with discovery order to answer request to admit by June 27th and additional discovery in addition to propounding discovery on behalf of client).

8.      Petitioner's counsel also had a number of non-court related matters in which he was required to attend in person meetings and conference calls with clients.

9.      Moreover, petitioner's counsel is a solo practitioner and had a family emergency during the month of July in that shortly after the Independence Day holiday his 104 year old mother was

hospitalized for over a week at St. James Franciscan Hospital in Chicago Heights with pneumonia and petitioner's counsel lost considerable time over this this period from his normal work schedule with having to look after her and help his other family members with her care before and after her release from the hospital.

10. Petitioner has previously sought an extension in this matter to August 6, 2018.

11. Petitioner's counsel is attempting to diligently prepare the brief in this matter by the August 6, 2018 deadline, however, he fears that he will not be able to complete a suitably professional product for his client due to the loss of time and having to attend to other matters.

       **WHEREFORE**, Petitioner Mary Madison, requests an extension of time to file her opening brief to August 27, 2018.

Dated: August 1, 2018                                      Respectfully submitted
                                                                 **MARY MADISON**

                                     By: /s/_____
                                        Jordan T. Hoffman
                                        ARDC No. 6195896
                                        Jordan TraVaille Hoffman, P.C.
                                    Counsel for Petitioner-Complainant
                                      2711 E. New York St., Suite 205
                                       Aurora, Illinois 60502
                                       (888) 958-4529 Ph & Fax
                                       jthoffmanlaw@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned attorney, hereby certifies that on August 1, 2018, I submitted a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** with the UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT in the foregoing matter of Case No. 18-1800 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system:

/s/_____

Jordan Hoffman
ARDC-6195896
**Jordan TraVaille Hoffman, P.C.**
2711 E. New York St., Suite 205
Aurora, IL 60502
(888) 958-4529