# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 2, 2018

*By the Court:*

| No. 18-1800 | MARY MADISON,<br>Petitioner<br>v.<br>UNITED STATES DEPARTMENT OF LABOR,<br>Respondent |
|---|---|
| **Originating Case Information:** ||
| Agency Case No: 2016-FDA-004<br>Department of Labor (except OSHA) ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**, filed on August 1, 2018, by counsel for the petitioner,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the petitioner are due by August 27, 2018.

2. The brief of the respondent is due by September 26, 2018.

3. The reply brief of the petitioner, if any, is due by October 10, 2018.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).