# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 2, 2018

Before

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 18-1800 | MARY MADISON,<br>Petitioner<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: 2016-FDA-004<br>Department of Labor (except OSHA) | |

Upon consideration of the **MOTION TO SUPPLEMENT THE RECORD**, filed on August 1, 2018, by counsel for the petitioner,

**IT IS ORDERED** that the motion to supplement the record is **DENIED**. Any documents that are legitimately the subject of judicial notice may be discussed in the briefs without the need to alter the administrative record.