# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MARY MADISON, ) | Petition for Review from United |
| ) | States, Department of Labor: |
| ) | 18-018 (ARB) |
| ) | 2016-FDA-004 (ALJ) |
| Petitioner-Complainant, ) | |
| V. ) | |
| ) | No. 18-1800 |
| LABR, ) | |
| ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR LEAVE TO FILE APPELLANT'S BRIEF AND APPENDICES INSTANTER

Now comes Petitioner-Complainant, Mary Madison, by and through its counsel, Jordan T. Hoffman, and requests leave of this Court to file its Brief and Appendices in this matter *instanter* pursuant to Rule 26 of the Federal Rules of Appellate Procedure. In further support of this Motion, Appellee states as follows:

1. Petitioner-Complainant's Opening Brief was due on August 27, 2018.

2. Petitioner-Complainant's counsel had issues submitting the Opening Brief and the Appendices on the ECF system.

3. The Opening Brief buffered for a considerable amount of time well in advance of the deadline and was not accepted until 12:04 am, several minutes after the deadline.

1

4. Petitioner-Complainant's appendices were also filed and thought to have been accepted several minutes after the brief.

5. Petitioner-Complainant's counsel is not sure why the file was excessively buffering.

6. When attempting to file the separate Appendix, however, the electronic file was too large for the ECF system. Our firm needed to divide the Appendix into five (5) separate files and resubmit the materials.

7. This process resulted in the Brief and Appendices being loaded into the Seventh Circuit's ECF system at 12:04 and 12:08 am

8. In trying to determine the best course of action and preparing this motion it was discovered that all of the Appendices did not go through.

9. Upon this discovery, the remaining portion of the separate Appendices-(The Table of contents and Appendix A) was filed.

10. Petitioner's brief was completed and ready for filing prior to the deadline.

11. The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

12. Counsel has been served with both the Brief and the Appendix and have not suffered any prejudice as a result of this untimely filing, nor would they be prejudiced by the Court permitting the Brief and Appendices to be filed *instanter*.

13. The Declaration of Jordan T. Hoffman is attached in support of this Motion.

14. Petitioner's counsel diligently prepared the brief in this matter prior to the August 27, 2018 deadline,

WHEREFORE, Petitioner-Complainant, Mary Madison, respectfully requests an order of this Court permitting it to file its Brief and Appendices *instanter*.

Dated: August 28, 2018

                                          Respectfully submitted
                                          **MARY MADISON**

                                      By: /s/_____
                                            Jordan T. Hoffman
                                            ARDC No. 6195896
                                            Jordan TraVaille Hoffman, P.C.
                                            Counsel for Petitioner-Complainant
                                            2711 E. New York St., Suite 205
                                             Aurora, Illinois 60502
                                            (888) 958-4529 Ph & Fax
                                            jthoffmanlaw@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MARY MADISON, | ) | Petition for Review from United |
| | ) | States, Department of Labor: |
| | ) | 18-018 (ARB) |
| | ) | 2016-FDA-004 (ALJ) |
| Petitioner-Complainant, | ) | |
| V. | ) | |
| | ) | No. 18-1800 |
| LABR, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**DECLARATION OF JORDAN T. HOFFMAN IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

Jordan T. Hoffman, for his declaration, pursuant to 28 U.S.C. §1746, states as follows:

1. I am over twenty-one years of age and am competent to testify to the matters set forth in this Declaration.

2. The facts stated herein are within my personal knowledge and are true and correct.

3. I am a sole practitioner in the Law Office of Jordan TraVaille Hoffman, P.C. In Aurora, Illinois, and am counsel for Petitioner-Complainant, MARY MADISON.

4. Petitioner-Complainant's Opening Brief was due on August 27, 2018.

5. Petitioner-Complainant's counsel had issues submitting the Opening Brief and the Appendices on the ECF system.

6. The Opening Brief buffered for a considerable amount of time prior to the deadline and was not accepted until 12:04 am, several minutes after the deadline.

7. Petitioner-Complainant's appendices were also filed and thought to have been accepted several minutes after the brief.

1

8.  Petitioner-Complainant's counsel is not sure why the file was excessively buffering.

9.  When attempting to file the separate Appendix, however, the electronic file was too large for the ECF system. Our firm needed to divide the Appendix into five (5) separate files and resubmit the materials.

10. This process resulted in the Brief and Appendices being loaded into the Seventh Circuit's ECF system at 12:04 and 12:08 am

11. In trying to determine the best course of action and preparing this motion it was discovered that all of the Appendices did not go through.

12. Upon this discovery, the remaining portion of the separate Appendices-(The Table of contents and Appendix A) was filed.

13. Petitioner's brief was completed and ready for filing prior to the deadline.

14. The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

15. Counsel has been served with both the Brief and the Appendix and have not suffered any prejudice as a result of this untimely filing, nor would they be prejudiced by the Court permitting the Brief and Appendices to be filed *instanter*.

16. Petitioner's counsel diligently prepared the brief in this matter prior to the August 27, 2018 deadline,

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2018                              Respectfully submitted

                    By:/s/_____
                        Jordan T. Hoffman
                         ARDC No. 6195896
                        Jordan TraVaille Hoffman, P.C.
                        Counsel for Petitioner-Complainant
                        2711 E. New York St., Suite 205
Aurora, Illinois 60502
                        (888) 958-4529 Ph & Fax
                        jthoffmanlaw@gmail.com

# CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on August 28, 2018, I submitted a copy of the foregoing **MOTION FOR LEAVE TO FILE APPELLANT'S BRIEF AND APPENDICES INSTANTER** with the UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT in the foregoing matter of Case No. 18-1800 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system:

/s/ _____

Jordan Hoffman
ARDC-6195896
**Jordan TraVaille Hoffman, P.C.**
2711 E. New York St., Suite 205
Aurora, IL 60502
(888) 958-4529