# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 29, 2018

*By the Court:*

| No. 18-1800 | MARY MADISON, Petitioner  v.  UNITED STATES DEPARTMENT OF LABOR, Respondent |
|---|---|
| **Originating Case Information:** ||
| Agency Case No: 2016-FDA-004  Department of Labor (except OSHA) ||

The following is before the court: **MOTION FOR LEAVE TO FILE APPELLANT'S BRIEF AND APPENDICES INSTANTER,** filed on August 28, 2018, by counsel for the petitioner.

Because the tendered brief is procedurally deficient,

**IT IS ORDERED** that the motion is **DENIED**. Counsel for the petitioner shall file an opening brief that complies with the Federal Rules of Appellate Procedure and local Circuit Rules by September 6, 2018. Specifically, the brief must include a short appendix as required by Circuit Rule 30(a). Also, The tendered brief fails to comply with Federal Rule of Appellate Procedure 28(a)(6), which was amended on December 1, 2013, to require that the brief contain "a concise statement of the case; setting out the facts relevant to the issues submitted for review, describing the relevant procedural history, and identifying the rulings presented for review, with appropriate references to the record (see Rule 28(e))." The tendered brief contains a separate Statement of the Case and Statement of Facts, which is no longer permitted.

- over -

No. 18-1800　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

**IT IS FURTHER ORDERED** that the remainder of briefing will proceed as follows:

1.　　The brief of the respondent is due by October 9, 2018.

2.　　The reply brief of the petitioner, if any, is due by October 23, 2018.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability.  The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).