IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

_____
|                                    )
| MARY MADISON,                      )
|                                    )
|           Petitioner,              )
|                                    )
|     v.                             )     Case No. 18-1800
|                                    )
| U.S. Department of Labor,          )
| Administrative Review Board        )
|                                    )
|           Respondent.              )
|_____)

**DEPARTMENT OF LABOR'S MOTION
FOR POSTPONEMENT OF ORAL ARGUMENT**

Pursuant to Federal Rules of Appellate Procedure ("Fed. R. App. P.") 34(b) and Circuit Rule 34(e), the U.S. Department of Labor ("the Department" or "DOL") moves for postponement of the scheduled oral argument until the Eighth Week of the September 2018 Session, or later. As grounds for its motion, the Department states:

1.     On October 16, 2018, the Clerk of Court issued the Notice of Oral Argument, which set oral argument in this matter for Friday, November 9, 2018, at 9:30 a.m.

2. The undersigned counsel is scheduled to litigate a two-week administrative hearing scheduled to take place in from November 5, 2018 through November 16, 2018 in New York, New York.

3. The Department would also like to bring to the Court's attention that a case involving a similar issue, *Sparre v. DOL*, Appeal Nos. 18-1105 & 18-2348, is currently being briefed before this Court. As in the instant matter, the Administrative Review Board in that case dismissed the petition as untimely and found that the petitioner-complainant was not entitled to equitable tolling. Given these similarities, the Court may wish to consider these matters during the same Session. The Department's brief in *Sparre v. DOL* is due on November 2, 2018 and briefing is expected to be completed in the case by November 16, 2018.

4. The undersigned counsel has consulted with counsel for Petitioner Mary Madison, who consents to this request for postponement of oral argument.

5. For the foregoing reasons, the Secretary respectfully requests that the Court postpone the oral argument in this matter until the Eighth Week of the September 2018 Session, or later.

| | | |
|---|---|---|
| Dated: | October 17, 2018<br>Washington, D.C. | Respectfully submitted,<br><br>KATE S. O'SCANNLAIN<br>Solicitor of Labor<br><br>JENNIFER S. BRAND<br>Associate Solicitor<br><br>WILLIAM C. LESSER<br>Deputy Associate Solicitor<br><br>MEGAN E. GUENTHER<br>Counsel for Whistleblower Programs |
| | BY: | */s/ Rosemary Almonte*<br>ROSEMARY ALMONTE<br>Attorney<br>U.S. Department of Labor<br>Office of the Solicitor<br>200 Constitution Ave, NW, N-2716<br>Washington, DC 20210<br>Phone: (646) 264-3699<br>Fax: (646) 264-3660/70<br>E-Mail: almonte.rosemary@dol.gov<br><br>*Counsel for Respondent* |

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Rosemary Almonte*
ROSEMARY ALMONTE
Attorney
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave, NW, N-2716
Washington, DC 20210
Phone: (646) 264-3699
Fax: (646) 264-3660/70
E-Mail: almonte.rosemary@dol.gov