# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 22, 2018

BEFORE

DIANE P. WOOD, Chief Judge

| | |
|---|---|
| No. 18-1800 | MARY MADISON,<br>Petitioner<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: 2016-FDA-004<br>Department of Labor (except OSHA) | |

Upon consideration of the **DEPARTMENT OF LABOR'S MOTION FOR POSTPONEMENT OF ORAL ARGUMENT**, filed on October 17, 2018, by counsel for Respondent United States Department of Labor,

Circuit Rule 34(b)(3) permits an attorney to request that the court avoid scheduling oral argument for a particular day or week. Counsel neither notified the court of the dates that counsel was unavailable nor explained this failure in the motion to reschedule. Although the court will reschedule oral argument in this instance, counsel should follow the correct procedure in the future.

**IT IS ORDERED** that the motion is **GRANTED** and the oral argument in this appeal scheduled for November 9, 2018, is **VACATED**.

form name: **c7_Order_Arg_M_O_Vac**(form ID: **224**)