## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MARY MADISON, | ) | Petition for Review from United |
| | ) | States, Department of Labor: |
| | ) | 18-018 (ARB) |
| | ) | 2016-FDA-004 (ALJ) |
|       Petitioner-Complainant, | ) | |
| V. | ) | |
| | ) | No. 18-1800 |
| LABR, | ) | |
| | ) | |
| | ) | |
|       Respondent. | ) | |

## MOTION FOR LEAVE TO FILE APPELLANT'S REPLY BRIEF
## INSTANTER

Now comes Petitioner-Complainant, Mary Madison, by and through its counsel, Jordan T. Hoffman, and requests leave of this Court to file its Reply Brief in this matter *instanter* pursuant to Rule 26 of the Federal Rules of Appellate Procedure. In further support of this Motion, Appellee states as follows:

1.      Petitioner-Complainant's Reply Brief was due on October 23, 2018.

2.      Petitioner-Complainant's counsel timely filed the Reply Brief on October 23, 2018, as required; however, counsel had not received a confirmation from the court stating that it had receive the Reply Brief on the ECF system.

3.      Petitioner-Complainant's counsel took a screen shot of the filing, hereto attached as Exhibit A.

1

4.    Petitioner-Complainant's counsel is not sure why the file was not received, as it stated that it was filed on Petitioner-Complainant's counsel' end see Exhibit A.

5.    Petitioner's brief was completed and ready for filing prior to the deadline.

6.    The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

7.    The Declaration of Jordan T. Hoffman is attached in support of this Motion.

WHEREFORE, Petitioner-Complainant, Mary Madison, respectfully requests an order of this Court permitting it to file its Brief and Appendices *instanter*.

Dated: October 25, 2018

Respectfully submitted
**MARY MADISON**

By: /s/_____
       Jordan T. Hoffman
       ARDC No. 6195896
       Jordan TraVaille Hoffman, P.C.
       Counsel for Petitioner-Complainant
       2711 E. New York St., Suite 205
        Aurora, Illinois 60502
       (888) 958-4529 Ph & Fax
       jthoffmanlaw@gmail.com

Case: 18-1800    Document: 34-1    Filed: 10/25/2018    Pages: 5

**Exhibit A**

Confirm Logout

Seventh Circuit Court of Appeals

**Logout of CM/ECF?**

- **Filing**
- **Reports**
  - Payment History Report
  - PACER Report
  - Service List

File a Document

Case Number

| 18-1800 | Searching... |

Attention

Mary Madison v. LABR

- Miscellaneous Fee Payments
  OK ■ Duplicate Certificate of Admission
    ▪ Certificate of Good Standing
    ▪ Certification of Documents
    ▪ Oral Argument Recording

Filed

10/23/2018       OK

Attention

Cancel this docket entry?

- Bar Admission
- Check PDF Document
- Notice for Cases of Interest
- Update My Account

Parties/Attorneys

- 18-1800
  Mary Madison v. LABR
  - Madison, Mary
    ▪ Attorneys
      - Hoffman, Jordan T.
  - United States Department of Labor
    ▪ Attorneys
      - Almonte, Rosemary

**Type of Document**

Category: All

Version CM/ECF Release

| | Category All |
|---|---|
| Administrative Record - NLRB Only | Administrative Record - Agency/Tax Only |
| Administrative Record - HHS Only | Administrative Record - Agency/Tax Only |
| Administrative Record - Immigration Only | Administrative Record - Agency/Tax Only Responses |
| Admission Response | |
| Amended Jurisdictional Statement (Per Order) | Docketing Statement/Jurisdictional Memo |
| Appearance form filed (Government counsel only) | Disclosure Statements/Appearance Form |
| Argument availability notice | Argument |
| Argument confirmation | Argument |
| Bill of Costs | Bill of Costs |
| Certificate of Service (only to be used if initially omitted) | Cert. Service (use if initially omitted), Notice |
| Certified List filed | Administrative Record - Agency/Tax Only |
| Citation of Additional Authority | Supplemental Authority |
| Court reporter motion | Court Reporter Motions |
| CR 54 Statement | Certiorari |
| Death notice | Notice |
| Disclosure Statement/Appearance | Disclosure Statements/Appearance Form |
| Docketing/Jurisdictional Statement | Docketing Statement/Jurisdictional Memo |
| Jurisdictional Memorandum | Docketing Statement/Jurisdictional Memo |
| Motion (all other motions not listed below) | Motion |
| Motion for In Forma Pauperis | Motion |
| Motion for leave to file a sealed document | Motion |
| Motion for leave to file tendered materials | Motion |
| Motion in reference to oral argument | Motion |
| Non Party motion/response/objection, etc. | Motion |
| Notice filed | Notice |
| Notice of Change of Address | Notice |

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MARY MADISON, | ) | Petition for Review from United |
| | ) | States, Department of Labor: |
| | ) | 18-018 (ARB) |
| | ) | 2016-FDA-004 (ALJ) |
|       Petitioner-Complainant, | ) | |
| V. | ) | |
| | ) | No. 18-1800 |
| LABR, | ) | |
| | ) | |
| | ) | |
|       Respondent. | ) | |

---

**DECLARATION OF JORDAN T. HOFFMAN IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

---

Jordan T. Hoffman, for his declaration, pursuant to 28 U.S.C. §1746, states as follows:

1.    I am over twenty-one years of age and am competent to testify to the matters set forth in this Declaration.

2.    The facts stated herein are within my personal knowledge and are true and correct.

3.    I am a sole practitioner in the Law Office of Jordan TraVaille Hoffman, P.C. In Aurora, Illinois, and am counsel for Petitioner-Complainant, MARY MADISON.

4.    Petitioner-Complainant's Reply Brief was due on October 23, 2018.

5.    Petitioner-Complainant's counsel filed the Reply Brief timely on October 23, 2018.

6.    The system indicated that it was filed; refer to Exhibit A of the Motion for Leave to File Appellant's Reply Brief Instanter.

7.    Petitioner-Complainant's counsel never received a confirmation of receipt from the Clerk's office; despite receiving a confirmation of filed from the system after filing the Reply Brief.

8.      After several days of not receiving confirmation, Petitioner's-Complainant's counsel called the Clerk's office to verify if the Clerk's office had received the Reply Brief or not.

9.      Petitioner's-Complainant's counsel was informed that the Clerk's office was not in receipt of the Reply Brief.

10.     The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

11.     Counsel has been served with both the Motion to late file and the Reply Brief and have not suffered any prejudice as a result of this untimely filing, nor would they be prejudiced by the Court permitting the Reply Brief to be filed *instanter*.


I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 25, 2018                                    Respectfully submitted



By:/s/_____

    Jordan T. Hoffman
     ARDC No. 6195896
    Jordan TraVaille Hoffman, P.C.
    Counsel for Petitioner-Complainant
    2711 E. New York St., Suite 205
    Aurora, Illinois 60502
    (888) 958-4529 Ph & Fax
    jthoffmanlaw@gmail.com