# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF AGENCY CASE CLOSING

July 16, 2019

To:

    Department of Labor (except OSHA)

| | |
|---|---|
| No. 18-1800 | MARY MADISON,<br>Petitioner<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: 2016-FDA-004<br>Department of Labor (except OSHA) | |

Herewith is the final order of this court in this matter, along with the Bill of Costs, if any. This court's order is final and this case is closed in this court.

RECORD ON APPEAL STATUS:    No record to be returned.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above closing letter, if any, from the Clerk, U.S. Court of Appeals for the Seventh

Circuit.

_____ _____

Date

Agency Rep., Department of Labor (except OSHA)

form name: **c7_AgencyClosingLetter**(form ID: **136**)