# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |



## FINAL JUDGMENT

May 24, 2019

Before:   ILANA DIAMOND ROVNER, Circuit Judge
          DAVID F. HAMILTON, Circuit Judge
          MICHAEL B. BRENNAN, Circuit Judge

| No. 18-1800 | MARY MADISON,<br>Petitioner<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD,<br>Respondent |
|---|---|
| **Originating Case Information:** ||
| Agency Case No: 2016-FDA-004<br>Department of Labor (except OSHA) ||

The court **DENIES** the petition for review, with costs, and **AFFIRMS** the Board's dismissal of Madison's intra-agency appeal as untimely.

The above is accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)